Richard MONTGOMERY,
Petitioner-Appellant,

v.

Joe COAKLEY, Respondent-Appellee.

No. 17-6451

United States Court of Appeals,
Fourth Circuit.

Submitted: August 9, 2017

Decided: August 24, 2017

Richard Montgomery, Appellant Pro Se.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Montgomery, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant Montgomery's motion to amend his informal brief, we affirm for the reasons stated by the district court. *Montgomery v. Coakley*, No. 3:16-cv-00056-GMG-MJA, 2017 WL 1129977 (N.D. W. Va. Mar. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*